**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Dewey M. HAMAKER, Linda M. Hamaker, Morgan City Construction, Inc., Defendants–Appellees.**

No. 07–11799.

United States Court of Appeals,
Eleventh Circuit.

Dec. 18, 2008.

William C. Athanas, Birmingham, AL, for Plaintiff–Appellant.

Andrew Lynn Brasher, Kevin Christopher Newsom, Bradley Arant Rose & White LLP, Birmingham, AL, for Defendants–Appellees.

Before WILSON and COX, Circuit Judges, and FAWSETT,* District Judge.

PER CURIAM:

The Government appeals the sentences imposed against the Defendants in this case. More specifically, the Government contends that (1) the district court based the Hamakers' 18 months custody sentences on improper factors and committed clear error in applying the 18 U.S.C. § 3553(a) factors; and (2) the district court erred in ordering each of the three Defendants to pay restitution in the amount of only $178,500.00.

Having carefully considered the briefs, and having had the benefit of oral argument, the court concludes that the Government has not demonstrated reversible error. The sentences imposed against each of the Defendants are affirmed in all respects.

AFFIRMED.